In the Matter of RAYMOND M. CHAITIN, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued January 11, 1952; decided January 24, 1952.

*Henry Epstein* and *Bernard Bienstock* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Order of the Appellate Division reversed, with costs in this court and in the Appellate Division, and the determination of the Board of Regents annulled, on the ground that the sending of the letters by appellant did not, under the circumstances, constitute such advertising " by means of  *  *  * letters " as is made a basis for disciplinary action by paragraph (d) of subdivision 2 of section 6514 of the Education Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.